**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115776
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Anthony Mezzo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>American Coradius International, LLC,<br><br>Defendant. | Docket No: 3:18-cv-12562-BRM-TJB |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 12, 2019

**BARSHAY SANDERS, PLLC**

By: __/s *Craig B. Sanders*__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115776
*Attorneys for Plaintiff*

It is so ordered this 13th day of February, 2019

/s/ Brian R. Martinotti, U.S.D.J.